IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 13-cv-03329-REB-KMT

EDNA EKHATOR, and
CHRISTY OLOWOJOBA,

      Plaintiffs,

v.

NEXION HEALTH, INC., and
NEXION HEALTH AT CHERRY CREEK, INC.,
      d/b/a Cherry Creek Nursin Center,

      Defendants.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before the court on the **Joint Stipulation For Dismissal With Prejudice** [#41][1] filed November 14, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Stipulation For Dismissal With Prejudice** [#41] filed November 14, 2014, is **APPROVED**;

---

[1] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2.  That the combined Final Pretrial Conference and Trial Preparation

Conference set March 13, 2015, are **VACATED**;

3.  That the jury trial set to commence March 30, 2015, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated November 17, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge